**B1 (Official Form 1) (04/13)**

<table>
<tr><td colspan="2"><b>United States Bankruptcy Court</b><br><b>District of New Jersey</b></td><td><b>Voluntary Petition</b></td></tr>
</table>

| Name of Debtor (if individual, enter Last, First, Middle):<br>7 North Willow Corporation | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):    EIN: 45-4762704 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>7 North Willow St.<br>Montclair, NJ                          ZIPCODE  07042 | Street Address of Joint Debtor (No. and Street, City, and State)<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Essex | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests: _____

Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☑ Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- ☐ Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

THIS SPACE IS FOR COURT USE ONLY

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc. - ver. 5.1.4-877 - Friday, May 15, 2015, at 10:57:25 - 32480-302Y-******

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>7 North Willow Corporation |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:    NONE | Case Number: | Date Filed: |
| Location<br>Where Filed:    N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>Ah'Pizz Corporation | Case Number:<br>unknown | Date Filed:<br>05/15/2015 |
| District:<br>District of New Jersey | Relationship:<br>Affiliate | Judge:<br>unknown |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)                    Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☑    No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Bankruptcy2015 ©1991-2015, New Hope Software, Inc. - ver. 5.1.4-877 - Friday, May 15, 2015, at 10:57:25 - 32480-302Y-*****

| B1 (Official Form 1) (04/13) | | Page 3 |
|---|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case)* | | **Name of Debtor(s):** 7 North Willow Corporation |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
    Telephone Number (If not represented by attorney)

_____
    Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐    I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐    Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

_____
    (Printed Name of Foreign Representative)

_____
    (Date)

### Signature of Attorney*

X _____
    Signature of Attorney for Debtor(s)

  JAY L. LUBETKIN
  Printed Name of Attorney for Debtor(s)

  Rabinowitz, Lubetkin & Tully, L.L.C.
  Firm Name

  293 Eisenhower Parkway
  Address

  Suite 100 Livingston, NJ 07039

  973-597-9100
  Telephone Number

  05/15/2015
  Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Authorized Individual

  JOHN LAMORTE
  Printed Name of Authorized Individual

  President
  Title of Authorized Individual

  05/15/2015
  Date

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.4-877 - Friday, May 15, 2015, at 10:57:25 - 32480-302Y-*****

## CORPORATE RESOLUTION
## OF 7 NORTH WILLOW CORPORATION

We, the undersigned directors of 7 North Willow Corporation (the "Company"), hereby

confirm the adoption by the Board of Directors of the Company of the following resolutions at a

duly called special meeting of the Board of Directors of the Company held on May 15, 2015:

BE IT RESOLVED that 7 North Willow Corporation, (the "Company") is authorized to institute a Chapter 11 bankruptcy filing in the United States Bankruptcy Court for the District of New Jersey; and

BE IT FURTHER RESOLVED that the Company is authorized to retain the firm of Rabinowitz, Lubetkin & Tully, L.L.C. to act as its bankruptcy counsel in connection with such Chapter 11 bankruptcy filing.

IN WITNESS WHEREOF, the undersigned have executed this Resolution as of this

15th day of _____May_____, 2015.

X _____
John LaMorte, Director

X _____
Greg Lampariello, Director

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re    7 North Willow Corporation                              ,
                              Debtor

Case No. _____

Chapter    11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc. | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Carmel Delfino<br>39 Crestwood Avenue<br>Nutley, NJ 07110 | | | | 450 |
| Jean P. Perez<br>431 Hartford Drive<br>Nutley, NJ 07110 | | | | 450 |
| Ann Marie Zur<br>37 Albourne St.<br>South Rive, NJ 08882 | | | | 450 |
| Daniel T. LaBate<br>331 Park Avenue, Apt 32<br>Nutley, NJ 07110 | | | | 500 |

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Supreme Linen<br>124 Delancey St<br>Newark NJ 07105 | | | | 509 |
| Michael LaMorte<br>6 Dogwood Place<br>North Caldwell, NJ 07006 | | | | 1,000 |
| Eva M. Merk<br>6 Dogwood Place<br>North Caldwell, NJ 07006 | | | | 1,000 |
| Financial Pacific Leasing<br>P.O. Box 4568<br>Federal Way, WA 98063 | | | | 1,236 |
| Ocean Frost<br>471 Mulberry St<br>Newark, NJ 07114 | | | | 1,756 |
| Gus' Provisions<br>74 Ridge Rd<br>West Milford, NJ 07480 | | | | 1,985 |
| Horizon Blue Cross & Blue Shield of NJ<br>PO Box 820<br>Newark, NJ 07101 | | | | 2,406 |
| CNA Insurance<br>4 Century Dr # 5<br>Parsippany, NJ 07054 | | | Disputed | 5,018 |

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| The Receivable Management Services Corporation PO Box 280431 East Hartford, CT 06128-0431 | | | Disputed | 5,018 |
| Don's Produce 18 Ferndale Road North Caldwell, NJ 07006 | | | | 6,147 |
| Cumberland Mutual Fire Insurance 633 Shiloh Pike PO Box 556 Bridgeton, NJ 08302 | | | | 8,000 |
| Ace Endico 80 International Boulevard Brewster, New York 10509 | | | | 8,157 |
| Michael LaMorte 6 Dogwood Place North Caldwell, NJ 07006 | | | | 10,000 |
| Marie LaMorte 136 Changebridge Road, L-4 Montville, NJ 07045 | | | | 20,000 |
| E&S Foods 64 S Jefferson Rd, #1 Whippany, NJ 07981 | | | | 29,182 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.4-877 - Friday, May 15, 2015, at 13:44:56 - 32480-302Y-*****

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

| | | | | |
|---|---|---|---|---|
| The Chiusolo Family Trust c/o Eric Chiusolo & Janet Chiusolo 35 Andiamo Newport Coast, CA 92657-1202 | | | | 614,030 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date    05/15/2015

Signature

JOHN LAMORTE,
President

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.4-877 - Friday, May 15, 2015, at 13:44:56 - 32480-3021C-*****

**B6 Cover (Form 6 Cover) (12/07)**

## FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any
amendments thereto must contain a caption as in Form 16B. Subsequent pages should be
identified with the debtor's name and case number. If the schedules are filed with the petition,
the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a
claim is secured only in part or entitled to priority only in part, it still should be listed only once.
A claim which is secured in whole or it part should be listed on Schedule D only, and a claim
which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list
the same claim twice. If a creditor has more than one claim, such as claims arising from separate
transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.4-877 - Friday, May 15, 2015, at 10.57.25 - 32480-302Y-*****

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
### District of New Jersey

In re ___7 North Willow Corporation_____    Case No. _____

_____ Debtor

Chapter ___11___

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $    0 | | |
| B – Personal Property | YES | 4 | $  76,972 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $  35,070 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 6 | | $  10,894 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 7 | | $  704,475 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $  0 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $  0 |
| TOTAL | | 24 | $  76,972 | $  750,439 | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.4-877 - Friday, May 15, 2015, at 10:57:26 - 32480-302Y-*****

# United States Bankruptcy Court
### District of New Jersey

In re    7 North Willow Corporation           Case No. _____

                   Debtor

                                       Chapter     11

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

State the Following:

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ N.A. |
| Average Expenses (from Schedule J, Line 22) | $ N.A. |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ N.A. |

State the Following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

B6A (Official Form 6A) (12/07)

In re  __7 North Willow Corporation__    Case No. _____
         **Debtor**    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0 | |

(Report also on Summary of Schedules.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.4-877 - Friday, May 15, 2015, at 10:57:25 - 32480-302Y-*****

B6B (Official Form 6B) (12/07)

In re  7 North Willow Corporation                                    Case No. _____
        Debtor                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash in register | | 100 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Investors Bank 736 Speedwell Avenue Morris Plains, NJ 07950 Operating Account #XXXX02304 (amount is approximate as of May 13, 2015; prior to levy) | | 10,565 |
| | | Investors Bank 736 Speedwell Avenue Morris Plains, NJ 07950 Payroll Account #XXXXX02312 (amount is approximate as of May 13, 2015) | | 7 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit Willow Street Partners, LLC | | 12,000 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.4-877 - Friday, May 15, 2015, at 12:46:14 - 32480-3021Y-*****

B6B (Official Form 6B) (12/07) — Cont.

In re    7 North Willow Corporation
_____
Debtor

Case No. _____
                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1).  Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | | Next day credit card receipts from Harbortouch credit card processing service (amount is approximate; fluctuates based on prior day's business)  Rewards Network promotion network accounts receivable (amount is approximate; net amount paid monthly) | | 2,500  2,800 |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.4-877 - Friday, May 15, 2015, at 12:46:14 - 32480-3021-*****

B6B (Official Form 6B) (12/07) -- Cont.

In re    7 North Willow Corporation                              Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2011 Hyundai Tucson (purchased to be able to pick up provisions to save on food costs and to use as a marketing tool) | | 23,000 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Miscellaneous restaurant equipment, fixtures, tables, chairs, etc. (value is approximate and subject to anticipated A. Atkins Appraisal Corp. appraisal) | | 25,000 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | Miscellaneous food inventory and supplies inventory (value is approximate) | | 1,000 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

_____ continuation sheets attached        Total      $ _____

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.4-877 - Friday, May 15, 2015, at 12:46:14 - 32480-302Y-*****

B6B (Official Form 6B) (12/07) — Cont.

In re   7 North Willow Corporation                                    Case No. _____
                    **Debtor**                                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | 0 | | 76,972 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.4-877 - Friday, May 15, 2015, at 12:46:14 - 32480-302Y-*****

B6C (Official Form 6C) (04/13)

In re   <u>7 North Willow Corporation</u>          Case No.  _____
            **Debtor**                                      **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)           ☐   Check if debtor claims a homestead exemption that exceeds
☐   11 U.S.C. § 522(b)(3)                   $155,675*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.4-877 - Friday, May 15, 2015, at 10:57:25 - 32480-302Y-*****

B6D (Official Form 6D) (12/07)

In re   7 North Willow Corporation_____,   Case No. _____
_____Debtor_____                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Cumberland Mutual Fire Insurance<br>633 Shiloh Pike<br>PO Box 556<br>Bridgeton, NJ 08302 | | | potential return premium on financed insurance policy<br><br>(amount is approximate)<br><br>VALUE $          8,000 | | | | 8,000 | 0 |
| ACCOUNT NO.<br><br>Financial Pacific Leasing<br>P.O. Box 4568<br>Federal Way, WA 98063 | | | coffee machine<br><br><br>VALUE $          2,000 | | | | 1,236 | 0 |
| ACCOUNT NO.<br><br>Hyundai Captial America<br>3161 Michelson Drive<br>#1900<br>Irvine, CA 92612 | | | <br><br><br>VALUE $          23,000 | | | | 23,000 | 0 |

_1_____continuation sheets attached

| | Subtotal ▷<br>(Total of this page) | $ | 32,236 | $ | 0 |
|---|---|---|---|---|---|
| | Total ▷<br>(Use only on last page) | $ | | $ | |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc. - ver. 5.1.4-877 - Friday, May 15, 2015, at 10:57:25 - 32480-302Y-*****

B6D (Official Form 6D) (12/07) – Cont.

In re  7 North Willow Corporation                    ,        Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Rewards Network<br>2 North Riverside Plaza, Ste 200<br>Chicago, IL 60606 | | | Rewards Network program receivables<br><br><br>VALUE $         3,000 | | | | 2,834 | 0 |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | | |
|---|---|---|
| Subtotal (s)<br>(Total(s) of this page) | $         2,834 | $         0 |
| Total(s)<br>(Use only on last page) | $         35,070 | $         0 |
|  | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.4-877 - Friday, May 15, 2015, at 10.57:25 - 32480-302Y-*****

**B6E (Official Form 6E) (04/13)**

In re __7 North Willow Corporation_____,    Case No._____
           Debtor                                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.4-877 - Friday, May 15, 2015, at 10:57:25 - 32480-30ZY-*****

B6E (Official Form 6E) (04/13) - Cont.

In re    7 North Willow Corporation                              ,    Case No._____
_____                              (if known)
                Debtor

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____4_____   **continuation sheets attached**

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.4-877 - Friday, May 15, 2015, at 10:57:25 - 32480-302Y-******

B6E (Official Form 6E) (04/13) - Cont.

In re 7 North Willow Corporation _____,    Case No. _____
                    Debtor                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)    Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Angela G. Centanni<br>59 Harrison Ave.<br>Roseland, NJ 07068 | | | | | | | 450 | 450 | 0 |
| ACCOUNT NO.<br><br>Ann Marie Zur<br>37 Albourne St.<br>South Rive, NJ 08882 | | | | | | | 450 | 450 | 0 |
| ACCOUNT NO.<br><br>Carmel Delfino<br>39 Crestwood Avenue<br>Nutley, NJ 07110 | | | | | | | 450 | 450 | 0 |
| ACCOUNT NO.<br><br>Daniel T. LaBate<br>331 Park Avenue, Apt 32<br>Nutley, NJ 07110 | | | | | | | 500 | 500 | 0 |

Sheet no. 1 of 4 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal (Totals of this page) | $ 1,850 | $ 1,850 | $ 0 |
| Total (Use only on last page of the completed Schedule E). Report also on the Summary of Schedules) | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.4-877 - Friday, May 15, 2015, at 10:57:25 - 32480-302Y-*****

B6E (Official Form 6E) (04/13) - Cont.

In re 7 North Willow Corporation _____,    Case No. _____
                  Debtor                                                           (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)    Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Eva M. Merk <br> 6 Dogwood Place <br> North Caldwell, NJ 07006 | | | | | | | 1,000 | 1,000 | 0 |
| ACCOUNT NO. <br><br> Greg Lampariello <br> 298 Harrison St. <br> Nutley, NJ 07110 | | | | | | | 450 | 450 | 0 |
| ACCOUNT NO. <br><br> Jean P. Perez <br> 431 Hartford Drive <br> Nutley, NJ 07110 | | | | | | | 450 | 450 | 0 |
| ACCOUNT NO. <br><br> Michael LaMorte <br> 6 Dogwood Place <br> North Caldwell, NJ 07006 | | | | | | | 1,000 | 1,000 | 0 |

Sheet no. 2 of 4 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ▷ (Totals of this page)   $ 2,900   $ 2,900   $ 0

Total ▷ (Use only on last page of the completed Schedule E). Report also on the Summary of Schedules)   $

Totals ▷ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.4-877 - Friday, May 15, 2015, at 10:57:25 - 32480-302Y-*****

B6E (Official Form 6E) (04/13) - Cont.

In re 7 North Willow Corporation                ,                Case No. _____
            **Debtor**                                                        **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)    Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Nadine Damiano<br>41 Clubb Street<br>Bloomfield, NJ 07003 | | | | | | | 300 | 300 | 0 |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. 3 of 4 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ▷  $ 300 | $ 300 | $ 0
(Totals of this page)

Total ▷  $
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)

Totals ▷  $  | $ | $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.4-877 - Friday, May 15, 2015, at 10:57:25 - 32480-302Y-*****

B6E (Official Form 6E) (04/13) - Cont.

In re 7 North Willow Corporation _____,    Case No. _____
    Debtor    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 1901-7346 | | | | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO.<br>Internal Revenue Service<br>Special Procedures Branch<br>Attention: Bankruptcy Section<br>PO Box 744<br>Springfield, NJ 07081-0744 | | | | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO.<br>New Jersey Division of Taxation<br>50 Barrack Street<br>Trenton, NJ 08608 | | | New Jersey Payroll Tax | | | | 844 | 844 | 0 |
| ACCOUNT NO.<br>New Jersey Division of Taxation<br>50 Barrack Street<br>Trenton, NJ 08608 | | | New Jersey Sales Tax | | | | 5,000 | 5,000 | 0 |

Sheet no. __4__ of __4__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal (Totals of this page) | $ 5,844 | $ 5,844 | $ 0 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ 10,894 | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 10,894 | $ 0 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.4-877 - Friday, May 15, 2015, at 10:57:26 - 32480-302Y-*****

**B6F (Official Form 6F) (12/07)**

In re  7 North Willow Corporation                ,                Case No. _____
            **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ace Endico<br>80 International Boulevard<br>Brewster, New York 10509 | | | | | | | 8,157 |
| ACCOUNT NO.<br><br>ADP<br>1 ADP Boulevard<br>Roseland, NJ 07068 | | | | | | | Unknown |
| ACCOUNT NO.<br><br>Allerton Pest Control<br>PO Box 379<br>Pinebrook, NJ 07058 | | | | | | | Unknown |
| ACCOUNT NO.<br><br>American Express Head Office<br>World Financial Center<br>200 Vesey Street<br>New York, NY 10285 | | | | | | | Unknown |

7  continuation sheets attached

Subtotal ▷ | $ | 8,157

Total ▷ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  7 North Willow Corporation                    ,        Case No. _____
                    **Debtor**                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Anthony & Sons 20 Luger Road Denville, NJ 07834 | | | | | | | Unknown |
| ACCOUNT NO. | | | | | | | |
| Casa Del Mastro Cafe Expresso 9 Lawton St, Hackensack, NJ 07601 | | | | | | | 132 |
| ACCOUNT NO. | | | | | | | |
| Cava Winery and Vineyard 3619 NJ-94 Hamburg, NJ 07419 | | | | | | | Unknown |
| ACCOUNT NO. | | | | | | | |
| CNA Insurance 4 Century Dr # 5 Parsippany, NJ 07054 | | | | | | X | 5,018 |
| ACCOUNT NO. | | | | | | | |
| Crown Specialty Foods 179-15 Route 46 West, #163 Rockaway, NJ 07868 | | | | | | | Unknown |

Sheet no. 1 of 7 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                    Subtotal ▷  | $ | 5,150
                                                    Total ▷     | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.4-877 - Friday, May 15, 2015, at 13:44:42 - 32480-3021-*-****

**B6F (Official Form 6F) (12/07) - Cont.**

In re   7 North Willow Corporation                    ,        Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Cumberland Mutual Fire Insurance 633 Shiloh Pike PO Box 556 Bridgeton, NJ 08302 | | | (amount is approximate) | | | | 8,000 |
| ACCOUNT NO. Don's Produce 18 Ferndale Road North Caldwell, NJ 07006 | | | | | | | 6,147 |
| ACCOUNT NO. E&S Foods 64 S Jefferson Rd, #1 Whippany, NJ 07981 | | | | | | | 29,182 |
| ACCOUNT NO. Eva M. Merk 6 Dogwood Place North Caldwell, NJ 07006 | | | | | | | Unknown |
| ACCOUNT NO. Financial Pacific Leasing P.O. Box 4568 Federal Way, WA 98063 | | | | | | | 1,236 |

Sheet no. 2 of 7 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷   $        44,565

Total▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  7 North Willow Corporation                              ,        Case No. _____
_____
Debtor                                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Gus' Provisions 74 Ridge Rd West Milford, NJ 07480 | | | | | | | 1,985 |
| ACCOUNT NO. Harbortouch 2202 North Irving Street Allentown, PA 18109 | | | | | | | Unknown |
| ACCOUNT NO. Horizon Blue Cross & Blue Shield of NJ PO Box 820 Newark, NJ 07101 | | | | | | | 2,406 |
| ACCOUNT NO. John LaMorte 136 Changebridge Road, L-4 Montville, NJ 07045 | | | | | | | Unknown |
| ACCOUNT NO. K.L.I. PO Box 484 Saddle Brook, NJ 07663 | | | | | | | 399 |

Sheet no. 3 of 7 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $          4,790

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.4-877 - Friday, May 15, 2015, at 13:44:42 - 32480-30(2'- *****

B6F (Official Form 6F) (12/07) - Cont.

In re   7 North Willow Corporation                    ,          Case No. _____
                    Debtor                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Marie LaMorte 136 Changebridge Road, L-4 Montville, NJ 07045 | | | | | | | 20,000 |
| ACCOUNT NO. | | | | | | | |
| Michael LaMorte 6 Dogwood Place North Caldwell, NJ 07006 | | | | | | | 10,000 |
| ACCOUNT NO. | | | | | | | |
| Nastos 236 Jefferson St Newark, NJ 07105 | | | | | | | Unknown |
| ACCOUNT NO. | | | | | | | |
| Ocean Frost 471 Mulberry St Newark, NJ 07114 | | | | | | | 1,756 |
| ACCOUNT NO. | | | | | | | |
| PSE&G 80 Park Plaza P.O. Box 570 Newark, New Jersey 07101 | | | | | | | Unknown |

Sheet no. __4__ of __7__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷ | $ | 31,756

Total ▷ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   7 North Willow Corporation                    ,         Case No. _____
                        **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Ronnies Ravs <br> 38 Lakewood Road <br> Staten Island, NY 10301 | | | | | | | 84 |
| ACCOUNT NO. <br><br> Sea Breeze <br> 441 Main Rd. <br> Towaco, NJ 07082 | | | | | | | 202 |
| ACCOUNT NO. <br><br> Supreme Linen <br> 124 Delancey St <br> Newark NJ 07105 | | | | | | | 509 |
| ACCOUNT NO. <br><br> The Chiusolo Family Trust <br> c/o Eric Chiusolo & Janet Chiusolo <br> 35 Andiamo <br> Newport Coast, CA 92657-1202 | | | | | | | 614,030 |
| ACCOUNT NO. <br><br> The Chiusolo Family Trust <br> c/o Glenn R. Reiser <br> LoFaro & Reiser,LLP <br> 20 Court Street, Suite 4 <br> Hackensack, NJ 07601-7002 | | | | | | | Notice Only |

Sheet no. _5_ of _7_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷ | $ | 614,825

Total ▷ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.4-877 - Friday, May 15, 2015, at 13-44-42 - 32480-3025-\*\*\*\*\**

**B6F (Official Form 6F) (12/07) - Cont.**

In re    7 North Willow Corporation                    ,          Case No. _____
                        **Debtor**                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| The Receivable Management Services Corporation PO Box 280431 East Hartford, CT 06128-0431 | | | | | | X | 5,018 |
| ACCOUNT NO. | | | | | | | |
| ValPak 336 W Passaic St Rochelle Park, NJ | | | | | | | Unknown |
| ACCOUNT NO. | | | | | | | |
| Valuetec 113 Seaboard Lane A-200 Franklin TN 37067 | | | | | | | Unknown |
| ACCOUNT NO. | | | | | | | |
| Verizon P.O. Box 15124 Albany, NY 12212-5124 | | | | | | | Unknown |
| ACCOUNT NO. | | | | | | | |
| Vito Tree Care Fort Lee Rd Leonia, NJ 07605 | | | | | | | 250 |

Sheet no. 6 of 7 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $          5,268

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.4-877 - Friday, May 15, 2015, at 13:44:42 - 32480-3021-*-*****

B6F (Official Form 6F) (12/07) - Cont.

In re   7 North Willow Corporation                    ,        Case No. _____
                        **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Wolff & Samson <br> 1 Boland Drive <br> West Orange, NJ 07052 | | | | | | | Unknown |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _7_ of _7_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷ | $ | 0
Total ▷ | $ | 714,511

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re __7 North Willow Corporation_____     Case No. _____
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

　　　　Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐　Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Willow Street Partners, LLC<br>c/o Steven Plofker<br>7 North Willow Street, Suite 8B<br>Montclair, New Jersey 07042 | real property lease for<br>7 North Willow Street<br>Montclair, New Jersey |
| Chiusolo Family Trust<br>c/o Eric Chiusolo & Janet Chiusolo<br>35 Andiamo<br>Newport Coast, CA 92657-1202 | loan agreement guaranty |
| K.L.I.<br>PO Box 484<br>Saddle Brook, NJ 07663 | Dishwasher installment sale contract |
| Cumberland Mutual Insurance Group<br>633 Shiloh Pike, PO Box 556<br>Bridgeton, NJ 08302 | Insurance premium finance contract |
| Financial Pacific Leasing<br>3455 S 344th Way<br>Auburn, WA 98001 | Coffee machine installment sale contract |
| Harbortouch<br>2202 North Irving Street<br>Allentown, PA 18109 | Credit card processing contract |
| Rewards Network<br>2 North Riverside Plaza, Ste 200<br>Chicago, IL 60606 | sales promotion contract |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.4-877 - Friday, May 15, 2015, at 10:57:26 - 32480-302Y-*****

B 6G (Official Form 6G) (12/07) -- Cont.

In re 7 North Willow Corporation _____   Case No. _____
       _____
       Debtor                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Hyundai Captial America<br>3161 Michelson Drive<br>#1900<br>Irvine, CA 92612 | motor vehicle finance contract |
| Cava Winery and Vineyard<br>3619 NJ-94<br>Hamburg, NJ 07419 | stocking fee and rent contract |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.4-877 - Friday, May 15, 2015, at 10:57:26 - 32480-302Y-*****

**B6H (Official Form 6H) (12/07)**

In re   7 North Willow Corporation                                    Case No. _____
                    **Debtor**                                                           **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Chiusolo Family Trust<br>c/o Eric Chiusolo & Janet Chiusolo<br>35 Andiamo<br>Newport Coast, CA 92657-1202 | John LaMorte<br>136 Changebridge Road<br>L-4<br>Montville, NJ 07045 |
| New Jersey Sales Taxes<br>50 Barrack Street<br>Trenton, NJ 08608 | John LaMorte<br>136 Changebridge Road<br>L-4<br>Montville, NJ 07045 |
| Chiusolo Family Trust<br>c/o Eric Chiusolo & Janet Chiusolo<br>35 Andiamo<br>Newport Coast, CA 92657-1202 | Michael LaMorte<br>6 Dogwood Place<br>North Caldwell, NJ 07006 |
| Chiusolo Family Trust<br>c/o Eric Chiusolo & Janet Chiusolo<br>35 Andiamo<br>Newport Coast, CA 92657-1202 | Ah'Pizz Corporation<br>4 West Main St.<br>Denville, NJ |
| New Jersey Sales Taxes<br>50 Barrack Street<br>Trenton, NJ 08608 | Greg Lampariello<br>298 Harrison St.<br>Nutley, NJ 07110 |
| Hyundai Captial America<br>3161 Michelson Drive<br>#1900<br>Irvine, CA 92612 | John LaMorte<br>136 Changebridge Road<br>L-4<br>Montville, NJ 07045 |

B6 (Official Form 6 - Declaration) (12/07)

In re    7 North Willow Corporation

_____    Case No. _____

**Debtor**    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____    Signature: _____

    Debtor

Date _____    Signature: _____

    (Joint Debtor, if any)

    [If joint case, both spouses must sign.]

_____

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____

Printed or Typed Name and Title, if any,    Social Security No.
of Bankruptcy Petition Preparer    *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

Address

X _____    _____

    Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110. 18 U.S.C. § 156.*

_____

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the    President _____    [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the 7 North Willow Corporation _____    [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _26_ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____05/15/2015_____    Signature: _____

    JOHN LAMORTE

    [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re  7 North Willow Corporation                                      Case No. _____
                                                                                      (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  If the answer to an applicable question is "None," mark the box labeled "None."  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| 2013 | Sales $993,815<br>Profit $26,926.86 |
| 2014 | Sales $1,069,394.58<br>Profit $25,706.64 |
| 2015 | YTD Sales $391,724.45<br>YTD Profit ($8,638.64) |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.4-877 - Friday, May 15, 2015, at 10:57:26 - 32480-302Y-******

B7 (Official Form 7) (04/13)

2

---

**2.    Income other than from employment or operation of business**

None
☒
       State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                                SOURCE

---

None
☒

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None
☐

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

See attached Rider

# 7 NORTH WILLOW CORPORATION

| Payee | Category | Total |
|---|---|---|
| CAVA WINERY | Food Purchases | $677.52 |
| ADP | WORKERS COMP | $109.33 |
| ADP | Professional Fees | $14.00 |
| ADP | PAYROLL TAX | $1,520.54 |
| ADP | WAGES | $3,148.09 |
| ADP | WAGES | $107.39 |
| REWARDS NETWORK | -Split- | $643.06 |
| Michelle DaSilva-Boland | Miscellaneous Expense | $100.00 |
| AMERICAN EXPRESS | Restaurant Supplies | $374.80 |
| NASTOS ICE CREAM | Food Purchases | $76.00 |
| STATE OF NEW JERSEY SALES TAX | SALES TAX/COLLECTED | $2,072.92 |
| ADP | WORKERS COMP | $111.34 |
| GREG LAMPARIELLO | REPAY LOAN | $1,200.00 |
| ADP | WAGES | $140.72 |
| ADP | WAGES | $3,585.05 |
| ADP | PAYROLL TAX | $1,721.60 |
| PSE&G | Utilities | $391.99 |
| CLARK PRINTING | Printing and Reproduction | $401.25 |
| CAVA WINERY | Food Purchases | $826.32 |
| OUR LADY OF MOUNT CARMEL | Advertising and Promotion | $225.00 |
| WILLOW STREET PARTNERS LLC | Rent Expense | $7,300.00 |
| REWARDS NETWORK | -Split- | $351.69 |
| RENT A ROOM | Rent Expense | $814.00 |
| NASTOS ICE CREAM | Food Purchases | $68.00 |
| AMERICAN EXPRESS | Restaurant Supplies | $187.40 |
| ADP | WORKERS COMP | $128.85 |
| ANTHONY & SONS BAKERY | Food Purchases | $28.59 |
| VALPAK | Advertising and Promotion | $200.00 |

| Payee | Category | Total |
|---|---|---|
| VITO TREE CARE | Restaurant Supplies | $250.00 |
| RONNIES RAVS | Food Purchases | $102.00 |
| SUPREME LINEN | Linen Expense | $202.58 |
| ADP | PAYROLL TAX | $1,950.60 |
| ADP | WAGES | $4,276.90 |
| ADP | WAGES | $103.93 |
| ADP | Professional Fees | $14.00 |
| PSE&G | Utilities | $1,700.00 |
| CROWN SPECIALTY FOODS | Food Purchases | $81.00 |
| ANTHONY & SONS BAKERY | Food Purchases | $55.84 |
| HORIZON BLUE CROSS & BLUE SHIELD OF NJ | HEALTH INSURANCE | $2,406.32 |
| VERIZON | Utilities | $177.77 |
| REWARDS NETWORK | -Split- | $371.01 |
| STATE OF NEW JERSEY CBT | STATE TAX | $125.00 |
| NASTOS ICE CREAM | Food Purchases | $86.00 |
| STATE OF NEW JERSEY CBT | STATE TAX | $281.00 |
| STATE OF NEW JERSEY SALES TAX | SALES TAX/COLLECTED | $10,945.76 |
| CUMBERLAND MUTUAL FIRE ONS. CO | Insurance Expense | $1,117.00 |
| K.L.I. | -Split- | $427.46 |
| NASTOS ICE CREAM | Food Purchases | $96.00 |
| CROWN SPECIALTY FOODS | Food Purchases | $81.00 |
| CLEAN MAT SERVICES LLC | Repairs and Maintenance | $51.93 |
| ADP | Professional Fees | $14.00 |
| AMERICAN EXPRESS | Repairs and Maintenance | $170.95 |
| AMERICAN EXPRESS | Repairs and Maintenance | $122.67 |
| ADP | WAGES | $4,174.18 |
| ADP | PAYROLL TAX | $1,882.35 |
| ADP | WORKERS COMP | $129.37 |
| ADP | WAGES | $134.41 |

| Payee | Category | Total |
|---|---|---|
| JCAS | Advertising and Promotion | $100.00 |
| REWARDS NETWORK | -Split- | $244.89 |
| AMERICAN EXPRESS | Food Purchases | $355.41 |
| ALLERTON PEST CONTROL | Repairs and Maintenance | $267.50 |
| ANTHONY & SONS BAKERY | Food Purchases | $51.69 |
| VALUETEC | Merchant Account Fees | $5.50 |
| SUPREME LINEN | Linen Expense | $202.58 |
| NASTOS ICE CREAM | Food Purchases | $46.00 |
| AMERICAN EXPRESS | Food Purchases | $480.00 |
| AMERICAN EXPRESS | Office Supplies | $95.46 |
| VITO TREE CARE | Restaurant Supplies | $250.00 |
| ADP | WORKERS COMP | $126.77 |
| YOUTH SPORTS | Advertising and Promotion | $95.00 |
| ADP | Professional Fees | $14.00 |
| ADP | WAGES | $109.21 |
| ADP | WAGES | $3,804.83 |
| ADP | PAYROLL TAX | $1,674.24 |
| WOLFF & SAMSON | Professional Fees | $3,000.00 |
| REWARDS NETWORK | -Split- | $623.36 |
| NAL ACCOUNTANTS | Professional Fees | $2,000.00 |
| AMERICAN EXPRESS MERCHANT SERVICES | Merchant Account Fees | $906.22 |
| PASSAIC VALLEY SEWERAGE COMMISSION | Utilities | $175.00 |
| AMERICAN EXPRESS | Office Supplies | $48.75 |
| HARBORTOUCH | Merchant Account Fees | $2,173.48 |
| HARBORTOUCH | Merchant Account Fees | $202.69 |
| HARBORTOUCH | Merchant Account Fees | $11.58 |
| HARBORTOUCH | Merchant Account Fees | $17.84 |
| SUPREME LINEN | Linen Expense | $202.58 |
| RONNIES RAVS | Food Purchases | $153.00 |
| ADP | Professional Fees | $14.00 |
| AMERICAN EXPRESS | Restaurant Supplies | $247.12 |
| ADP | WAGES | $4,290.07 |
| ADP | PAYROLL TAX | $1,991.26 |

| Payee | Category | Total |
|---|---|---|
| ADP | WORKERS COMP | $128.61 |
| ADP | WAGES | $103.78 |
| PSE&G | Utilities | $381.18 |
| REWARDS NETWORK | -Split- | $271.77 |
| HOME DEPOT | Repairs and Maintenance | $206.41 |
| AMERICAN EXPRESS | Office Supplies | $4.27 |
| K.L.I. | Equipment Rental | $426.65 |
| NASTOS ICE CREAM | Food Purchases | $84.00 |
| RENT A ROOM | Rent Expense | $665.00 |
| ANTHONY & SONS BAKERY | Food Purchases | $75.60 |
| TOWNSHIP OF MONTCLAIR | Business Licenses and Permits | $200.00 |
| PSE&G | Utilities | $2,000.00 |
| CAVA WINERY | Food Purchases | $536.28 |
| RELIABLE FIRE PROTECTION | Repairs and Maintenance | $248.24 |
| HORIZON BLUE CROSS & BLUE SHIELD OF NJ | HEALTH INSURANCE | $2,406.32 |
| ADP | WORKERS COMP | $128.85 |
| NASTOS ICE CREAM | Food Purchases | $56.00 |
| CROWN SPECIALTY FOODS | Food Purchases | $79.50 |
| ANTHONY & SONS BAKERY | Food Purchases | $67.27 |
| K.L.I. | -Split- | $392.96 |
| SUPREME LINEN | Linen Expense | $202.58 |
| ADP | Professional Fees | $14.00 |
| ADP | WAGES | $129.01 |
| ADP | WAGES | $3,975.20 |
| ADP | PAYROLL TAX | $1,766.07 |
| VERIZON | Utilities | $177.77 |
| REWARDS NETWORK | -Split- | $83.19 |
| SUPREME LINEN | Linen Expense | $183.13 |
| CAVA WINERY | Food Purchases | $528.72 |
| ADP | Professional Fees | $14.00 |
| ADP | WAGES | $108.32 |
| ADP | WAGES | $3,831.51 |

| Payee | Category | Total |
|---|---|---|
| ADP | PAYROLL TAX | $1,721.39 |
| ADP | WORKERS COMP | $124.01 |
| CASH | Repairs and Maintenance | $350.00 |
| YOUTH SPORTS | Advertising and Promotion | $100.00 |
| REWARDS NETWORK | -Split- | $111.98 |
| AMERICAN EXPRESS MERCHANT SERVICES | Merchant Account Fees | $7.60 |
| WILLOW STREET PARTNERS LLC | Rent Expense | $7,300.00 |
| NASTOS ICE CREAM | Food Purchases | $102.00 |
| CUMBERLAND MUTUAL FIRE ONS. CO | Insurance Expense | $1,117.00 |
| HOME DEPOT | Repairs and Maintenance | $210.51 |
| CLEAN MAT SERVICES LLC | Repairs and Maintenance | $51.93 |
| AMERICAN EXPRESS | Restaurant Supplies | $174.18 |
| AMERICAN EXPRESS | Office Supplies | $4.27 |
| STATE OF NEW JERSEY SALES TAX | SALES TAX/COLLECTED | $3,500.00 |
| SUPREME LINEN | Linen Expense | $183.13 |
| CAVA WINERY | Food Purchases | $361.80 |
| ANTHONY & SONS BAKERY | Food Purchases | $91.38 |
| RONNIES RAVS | Food Purchases | $108.00 |
| ADP | WORKERS COMP | $127.23 |
| CASA FOR CHILDREN OF ESSEX COUNTY | Charitable Contributions | $100.00 |
| FINANCIAL PACIFIC LEASING | Equipment Rental | $412.29 |
| AMERICAN EXPRESS | Office Supplies | $152.99 |
| ADP | Professional Fees | $14.00 |
| ADP | PAYROLL TAX | $1,700.07 |
| ADP | WAGES | $3,900.25 |
| REWARDS NETWORK | -Split- | $187.68 |
| ALLERTON PEST CONTROL | Repairs and Maintenance | $267.50 |
| NAL ACCOUNTANTS | Professional Fees | $1,000.00 |

B7 (Official Form 7) (04/13)

3

---

None
☐

c. *All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Greg Lampariello<br>298 Harrison St.<br>Nutley, NJ 07110 | Inclusion on this list shall not be deemed an acknowledgement of insider status. | 22,500 | |
| Eva M. Merk<br>6 Dogwood Place<br>North Caldwell, NJ 07006 | | 52,000 | |
| Michael LaMorte<br>6 Dogwood Place<br>North Caldwell, NJ 07006 | | 52,000 | |

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a.     List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Chiusolo Family Trust<br>v.<br>7 North Willow Corp.<br>DJ 043906-15 | judgment domestication | Morris County Superior Court | judgment entered; writ of execution issued |

---

None
☐

b.     Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Chiusolo Family Trust<br>c/o Eric Chiusolo & Janet Chiusolo<br>35 Andiamo<br>Newport Coast, CA 92657-1202 | May 9, 2015 | Attempted levy of cash register monies; $0 taken |

B7 (Official Form 7) (04/13)                                                                                    4

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Chiusolo Family Trust c/o Eric Chiusolo & Janet Chiusolo 35 Andiamo Newport Coast, CA 92657-1202 | May 12, 2015 | Cash register monies approximately $25 |

**5.  Repossessions, foreclosures and returns**

None   ☒      List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and Receiverships**

None   ☒   a.      Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None   ☐   b.      List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| Essex County Sheriff 50 West Market St. Newark, NJ 07102 | Chiusolo Family Trust v. 7 North Willow Corp. DJ 043906-15 | | $25 cash register funds |

B7 (Official Form 7) (04/13)                                                                                                3

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.4-877 - Friday, May 15, 2015, at 10:57:26 - 32480-302Y-*****

---

None

☐

    *c. All debtors:*  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Greg Lampariello<br>298 Harrison St.<br>Nutley, NJ 07110 | | 22,500 | |
| Eva M. Merk<br>6 Dogwood Place<br>North Caldwell, NJ 07006 | | 52,000 | |
| Michael LaMorte<br>6 Dogwood Place<br>North Caldwell, NJ 07006 | | 52,000 | |

---

    **4.  Suits and administrative proceedings, executions, garnishments and attachments**

None

☐

    a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Chiusolo Family Trust<br>v.<br>7 North Willow Corp.<br>DJ 043906-15 | judgment domestication | Morris County Superior Court | judgment entered; writ of execution issued |

---

None

☐

    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Chiusolo Family Trust<br>c/o Eric Chiusolo & Janet Chiusolo<br>35 Andiamo<br>Newport Coast, CA 92657-1202 | May 9, 2015 | Attempted levy of cash register monies;<br>$0 taken |

B7 (Official Form 7) (04/13)                                                                                  4

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Chiusolo Family Trust c/o Eric Chiusolo & Janet Chiusolo 35 Andiamo Newport Coast, CA 92657-1202 | May 12, 2015 | Cash register monies approximately $25 |

**5.  Repossessions, foreclosures and returns**

None ☒   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and Receiverships**

None ☒   a.   Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☐   b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| Essex County Sheriff 50 West Market St. Newark, NJ 07102 | Chiusolo Family Trust v. 7 North Willow Corp. DJ 043906-15 | | $25 cash register funds |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.4-877 - Friday, May 15, 2015, at 10:57:26 - 32480-302Y-*****

B7 (Official Form 7) (04/13)

5

---

7.   Gifts

None
☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

8.   Losses

None
☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

9.   Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Rabinowitz, Lubetkin & Tully, LLC 293 Eisenhower Parkway, Suite 100 Livingston, NJ 07039 | 5/11/2015 | $38,434.00 retainer for fees & expenses on behalf of Debtor & Ah'Pizz Corp., of which $9,640.50 was applied to immediate, pre-petition services, leaving a post-petition retainer balance of $28,793.50 (funded to Debtor by John LaMorte, President of Debtor and Ah'Pizz Corporation.) |

B7 (Official Form 7) (04/13)                                                                                      6

---

**10.  Other transfers**

None     a.    List all other property, other than property transferred in the ordinary course of the business or financial
☒            affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the
             commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by
             either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
             is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

---

         b.    List all property transferred by the debtor within ten years immediately preceding the commencement of this
             case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11.  Closed financial accounts**

None         List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor
☒            which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of
             this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;
             shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage
             houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include
             information concerning accounts or instruments held by either or both spouses whether or not a joint petition is
             filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**12.  Safe deposit boxes**

None         List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other
☒            valuables within one year immediately preceding the commencement of this case. (Married debtors filing
             under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a
             joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

B7 (Official Form 7) (04/13)

7

---

**13.  Setoffs**

None ☒  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14.  Property held for another person**

None ☒  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15.  Prior address of debtor**

None ☒  If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16.  Spouses and Former Spouses**

None ☒  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None ☒  a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-4-877 - Friday, May 15, 2015, at 10:57:26 - 32480-302Y-*****

B7 (Official Form 7) (04/13)                                                                                      8

None
☒

    b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

    c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☒

    a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
☒

    b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.4-877 - Friday, May 15, 2015, at 10:57:26 - 32480-302Y-*****

B7 (Official Form 7) (04/13)

9

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None ☐  a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Michael LaMorte<br>6 Dogwood Place<br>North Caldwell, NJ 07006 | From inception |

None ☐  b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| NAL, Inc.<br>Nicholas Lucarella | 195 US Route 46 West<br>Suite 11<br>Totowa, NJ 07512 | From inception |

None ☐  c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Michael LaMorte | 6 Dogwood Place<br>North Caldwell, NJ 07006 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.4-877 - Friday, May 15, 2015, at 10:57:26 - 32480-302Y-*****

B7 (Official Form 7) (04/13)

10

---

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.4-877 - Friday, May 15, 2015, at 10.57.26 - 32480-302Y-******

None ☐    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |
| Financial Pacific Leasing | |
| Harbortouch | |
| Hyundai Captial America | |

### 20. Inventories

None ☒    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |

None ☒    b.    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

### 21. Current Partners, Officers, Directors and Shareholders

None ☒    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None ☐    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| Greg Lampariello 298 Harrison St. Nutley, NJ 07110 | Officer, director, shareholder | 20% |
| John LaMorte 136 Changebridge Road L-4 Montville, NJ 07045 | President, director, shareholder | 80% |

B7 (Official Form 7) (04/13)                                                                                                          11

---

**22.  Former partners, officers, directors and shareholders**

None    a.      If the debtor is a partnership, list each member who withdrew from the partnership within one year
☒       immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

---

None    b.      If the debtor is a corporation, list all officers, or directors whose relationship with the corporation
☒       terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

---

**23.  Withdrawals from a partnership or distribution by a corporation**

None            If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an
☐       insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other
        perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Greg Lampariello 298 Harrison St. Nutley, NJ 07110 | | $22,500 |
| Michael LaMorte 6 Dogwood Place North Caldwell, NJ 07006 | | $52,000 |
| Eva M. Merk 6 Dogwood Place North Caldwell, NJ 07006 | | $52,000 |

---

**24.  Tax Consolidation Group**

None            If the debtor is a corporation, list the name and federal taxpayer identification number of the parent
☒       corporation of any consolidated group for tax purposes of which the debtor has been a member at any time
        within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

B7 (Official Form 7) (04/13)                                                                                          12

### 25.  Pension Funds

None ☒          If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

\*    \*    \*    \*    \*    \*

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    05/15/2015                          Signature  X _____

JOHN LAMORTE,
President
                                                                              Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

0   continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

Ace Endico
80 International Boulevard
Brewster, New York 10509


ADP
1 ADP Boulevard
Roseland, NJ 07068


Allerton Pest Control
PO Box 379
Pinebrook, NJ 07058


American Express Head Office
World Financial Center
200 Vesey Street
New York, NY 10285


Angela G. Centanni
59 Harrison Ave.
Roseland, NJ 07068


Ann Marie Zur
37 Albourne St.
South Rive, NJ 08882


Anthony & Sons
20 Luger Road
Denville, NJ  07834


Carmel Delfino
39 Crestwood Avenue
Nutley, NJ 07110


Casa Del Mastro Cafe Expresso
9 Lawton St,
Hackensack, NJ 07601


Cava Winery and Vineyard
3619 NJ-94
Hamburg, NJ 07419

Cava Winery and Vineyard
3619 NJ-94
Hamburg, NJ 07419


Chiusolo Family Trust
c/o Eric Chiusolo & Janet Chiusolo
35 Andiamo
Newport Coast, CA 92657-1202


Chiusolo Family Trust
c/o Eric Chiusolo & Janet Chiusolo
35 Andiamo
Newport Coast, CA 92657-1202


Chiusolo Family Trust
c/o Eric Chiusolo & Janet Chiusolo
35 Andiamo
Newport Coast, CA 92657-1202


Chiusolo Family Trust
c/o Eric Chiusolo & Janet Chiusolo
35 Andiamo
Newport Coast, CA 92657-1202


Crown Specialty Foods
179-15 Route 46 West, #163
Rockaway, NJ 07868


Cumberland Mutual Fire Insurance
633 Shiloh Pike
PO Box 556
Bridgeton, NJ 08302


Cumberland Mutual Fire Insurance
633 Shiloh Pike
PO Box 556
Bridgeton, NJ 08302


Cumberland Mutual Insurance Group
633 Shiloh Pike, PO Box 556
Bridgeton, NJ 08302

Daniel T. LaBate
331 Park Avenue, Apt 32
Nutley, NJ 07110


Don's Produce
18 Ferndale Road
North Caldwell, NJ 07006


E&S Foods
64 S Jefferson Rd, #1
Whippany, NJ 07981


Eva M. Merk
6 Dogwood Place
North Caldwell, NJ 07006


Eva M. Merk
6 Dogwood Place
North Caldwell, NJ 07006


Financial Pacific Leasing
3455 S 344th Way
Auburn, WA 98001


Financial Pacific Leasing
P.O. Box 4568
Federal Way, WA 98063


Financial Pacific Leasing
P.O. Box 4568
Federal Way, WA 98063


Greg Lampariello
298 Harrison St.
Nutley, NJ 07110


Gus' Provisions
74 Ridge Rd
West Milford, NJ 07480

Harbortouch
2202 North Irving Street
Allentown, PA 18109


Harbortouch
2202 North Irving Street
Allentown, PA 18109


Horizon Blue Cross & Blue Shield of NJ
PO Box 820
Newark, NJ 07101


Hyundai Captial America
3161 Michelson Drive
#1900
Irvine, CA 92612


Hyundai Captial America
3161 Michelson Drive
#1900
Irvine, CA 92612


Hyundai Captial America
3161 Michelson Drive
#1900
Irvine, CA 92612


Internal Revenue Service
PO Box 7346
Philadelphia, PA 1901-7346


Internal Revenue Service
Special Procedures Branch
Attention: Bankruptcy Section
PO Box 744
Springfield, NJ 07081-0744


Jean P. Perez
431 Hartford Drive
Nutley, NJ 07110

John LaMorte
136 Changebridge Road, L-4
Montville, NJ 07045


K.L.I.
PO Box 484
Saddle Brook, NJ 07663


K.L.I.
PO Box 484
Saddle Brook, NJ 07663


Marie LaMorte
136 Changebridge Road, L-4
Montville, NJ 07045


Michael LaMorte
6 Dogwood Place
North Caldwell, NJ 07006


Michael LaMorte
6 Dogwood Place
North Caldwell, NJ 07006


Nadine Damiano
41 Clubb Street
Bloomfield, NJ 07003


Nastos
236 Jefferson St
Newark, NJ 07105


New Jersey Division of Taxation
50 Barrack Street
Trenton, NJ 08608


New Jersey Division of Taxation
50 Barrack Street
Trenton, NJ 08608

New Jersey Sales Taxes
50 Barrack Street
Trenton, NJ 08608


New Jersey Sales Taxes
50 Barrack Street
Trenton, NJ 08608


Ocean Frost
471 Mulberry St
Newark, NJ 07114


PSE&G
80 Park Plaza
P.O. Box 570
Newark, New Jersey 07101


Rewards Network
2 North Riverside Plaza, Ste 200
Chicago, IL 60606


Rewards Network
2 North Riverside Plaza, Ste 200
Chicago, IL 60606


Ronnies Ravs
38 Lakewood Road
Staten Island, NY 10301


Sea Breeze
441 Main Rd.
Towaco, NJ 07082


Supreme Linen
124 Delancey St
Newark NJ 07105


The Chiusolo Family Trust
c/o Eric Chiusolo & Janet Chiusolo
35 Andiamo
Newport Coast, CA 92657-1202

The Chiusolo Family Trust
c/o Glenn R. Reiser
LoFaro & Reiser,LLP
20 Court Street, Suite 4
Hackensack, NJ 07601-7002


ValPak
336 W Passaic St
Rochelle Park, NJ


Valuetec
113 Seaboard Lane A-200
Franklin TN 37067


Verizon
P.O. Box 15124
Albany, NY 12212-5124


Vito Tree Care
Fort Lee Rd
Leonia, NJ 07605


Willow Street Partners, LLC
c/o Steven Plofker
7 North Willow Street, Suite 8B
Montclair, New Jersey 07042


Wolff & Samson
1 Boland Drive
West Orange, NJ 07052

UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re  7 North Willow Corporation                          ,
                          Debtor

Case No.  _____

Chapter  11

## List of Equity Security Holders

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Greg Lampariello<br>298 Harrison St.<br>Nutley, NJ 07110 | 0 | 20% |
| John LaMorte<br>136 Changebridge Road, L-4<br>Montville, NJ 07045 | 0 | 80% |

B203
12/94

# United States Bankruptcy Court
### District of New Jersey

In re  7 North Willow Corporation

Case No. _____

Chapter _____11_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ...................……...…………………….... $ ____38,434____

Prior to the filing of this statement I have received ...............……………………..... $ ____38,434____

Balance Due ...................................……………………….............................. $ _____0_____

2.    The source of compensation paid to me was:

☑ Debtor      ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor      ☐ Other (specify)

Amounts paid on behalf of Debtor and Ah'Pizz Corporation. Amounts funded to Debtor by John LaMorte, President of the Debtor and Ah'Pizz Corporation. Of the initial retainer, $9,640.50 was applied to immediate, pre-petition services leaving a post-petition retainer balance of $28,793.50.

4. ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

## CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

05/15/2015
_____
*Date*

_____
*Signature of Attorney*

Rabinowitz, Lubetkin & Tully, L.L.C.
_____
*Name of law firm*

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.4-877 - Friday, May 15, 2015, at 10:57:26 - 32480-302Y-*****